JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WWF OPERATING COMPANY, LLC, a Limited Liability Company; DANONE NORTH AMERICA PUBLIC BENEFIT CORPORATION, a Corporation; DANONE US, LLC, a Limited Liability Company<br>DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-05947 FMO (PLAx)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND WITHOUT PREJUDICE**<br><br>Trial Date: None<br>Complaint Filed: June 4, 2021 |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

ORDER GRANTING JOINT STIP TO REMAND WITHOUT PREJUDICE 2:21-CV-05947 FMO (PLAX)

# ORDER

Having considered the Joint Stipulation between the Parties, and good cause appearing, this Court hereby ORDERS that the Action be remanded to the Superior Court of California, County of Los Angeles, Case No. 21STCV20991, pursuant to the Parties' stipulation.

This Action is remanded without prejudice to Defendants' ability to seek removal in the future should facts support that the amount in controversy meets the jurisdictional minimum and the matter is otherwise subject to removal and without prejudice to Plaintiff opposing such removal and seeking to remand this action.

Neither party is entitled to claim attorneys' fees or costs related to the removal and remand of this Action.

**IT IS SO ORDERED.**

DATED: August 27, 2021

/s/
HONORABLE FERNANDO M. OLGUIN

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

2

ORDER GRANTING JOINT STIP TO REMAND WITHOUT PREJUDICE  2:21-CV-05947 FMO (PLAX)